DEFENDANT:          DARION RAY SEXTON

YOB:                2001

ADDRESS (CITY/STATE):  Loveland, CO

OFFENSE:            Causing damage by fire and explosive – real property

LOCATION OF OFFENSE (COUNTY/STATE): Boulder County, CO and elsewhere

PENALTY:    NLT 5 years imprisonment; NMT 20 years' imprisonment; $250,000 fine (or 2x the gain or loss, whichever is great), or both a fine and imprisonment; NMT 3 year supervised release; $100 special assessment.

AGENT:              FBI SA Kelly L. Suess

AUTHORIZED BY:   Bryan David Fields
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X   five days or less        _____ over five days        _____ other

THE GOVERNMENT

   X   will seek detention in this case        _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)** [**is** circled]