# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARION RAY SEXTON | Case No.   23-mj-00026-JPO<br><br>**Filed Under Restriction** |

## ORDER TO RESTRICT CASE

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1. Restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the Affidavit in Support of Criminal Complaint in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 3 until further order of the Court, except that the government may produce these documents pursuant to its discovery obligations and/or disseminate said documents to law enforcement partners without further order of the Court.

DATED this 23rd day of January, 2023.

BY THE COURT:

*James P. O'Hara*

The Hon. James P. O'Hara
United States Magistrate Judge