**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 23-cr-00118-NYW**

**UNITED STATES OF AMERICA,**

>    **Plaintiff,**

**v.**

>    1.  **DARION RAY SEXTON,**

>    **Defendant.**

---

## INFORMATION

---

The United States Attorney Charges:

At all times relevant to the information

1.    Victim Church was a church within the Wisconsin Evangelical Lutheran Synod.

2.    A "Molotov cocktail" comprises a bottle filled with a flammable liquid and a wick, which, when ignited, is capable of igniting that flammable liquid and that can be carried or thrown by a single person acting alone.

### COUNT ONE

3.    On or about January 19, 2023, in the city of Loveland in the State and District of Colorado, the defendant,

**DARION RAY SEXTON**

1

intentionally defaced, damaged, and attempted to deface, damage, and destroy religious real property, specifically Victim Church, the identity of which is known to the United States Attorney, because of the religious character of that property by throwing a Molotov cocktail against the Church's front door and throwing another Molotov cocktail into the basement of the Church.

All in violation of Title 18, United States Code, Section 247(a)(1) and (d)(3).

COLE FINEGAN
United States Attorney

By:     */s Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov

KRISTEN CLARK
Assistant Attorney General, Civil Rights Division

By:     */s Maura White*
Maura White
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, 4CON
Washington, D.C. 20530
(202) 616-5103
Maura.White@usdoj.gov