| | |
|---|---|
| DEFENDANT: | DARION RAY SEXTON |
| AGE/YOB: | **2001** |
| COMPLAINT FILED? | \_\_\_X\_\_\_\_ Yes    _____ No  **[If Yes, add the MAGISTRATE CASE NUMBER here, to include Judge's initials:**  23-MJ-26 |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_X\_\_ Yes    \_\_\_\_ No

| | |
|---|---|
| OFFENSE(S): | Count 1: 18 U.S.C. § 247 – Church Arson |
| LOCATION OF OFFENSE: | Larimer County, Colorado |
| PENALTY: | Count 1: NMT 20 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment. |
| AGENT: | **FBI Special Agent Kelly Suess** |
| AUTHORIZED BY: | **Bryan David Fields, AUSA** |

ESTIMATED TIME OF TRIAL:

  X\_\_\_\_ five days or less; \_\_\_ over five days

THE GOVERNMENT

\_\_\_\_\_X\_\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.