IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00118-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**DARION RAY SEXTON**

       Defendant.

---

### NOTICE OF APPEARANCE OF COUNSEL

---

Jamie Hubbard of the law firm Stimson LaBranche Hubbard, LLC hereby enters her appearance as counsel for Darion Ray Sexton in the above-captioned case. Pursuant to D.C.COLO.L.AttyR 5 (a)(3)(C), undersigned counsel hereby certifies that she is a member in good standing of the bar of this court.

Dated: April 17, 2023.

                                            Respectfully submitted,

                                            *s/ Jamie Hubbard*
                                            Jamie Hubbard
                                            STIMSON LABRANCHE HUBBARD, LLC
                                            1652 Downing Street
                                            Denver, CO 80218
                                            Phone/Fax:   720.689.8909
                                            Email:   hubbard@slhlegal.com

                                            *Attorney for Darion Ray Sexton*

## Certificate of Service

  I certify that on April 17, 2023, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bryan D. Fields
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
bryan.fields3@usdoj.gov

                *s/ Brenda Rodriguez*
                Brenda Rodriguez