AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:23-cr-00118-NYW |
| Darion Ray Sexton ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/18/2023

*Defendant's signature*

*Signature of defendant's attorney*

Jamie Hubbard, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Magistrate Judge James P. O'Hara
*Judge's printed name and title*