IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cr-00118-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARION RAY SEXTON,

    Defendant.

## NOTICE OF DISPOSITION

Darion Ray Sexton, through his counsel Jamie Hubbard, and the government, through AUSA Bryan Fields have reached a disposition in this matter and respectfully request the case be set for a Change of Plea Hearing.

Dated: April 19, 2023.

        Respectfully submitted,

        *s/ Jamie Hubbard*
        Jamie Hubbard
        STIMSON LABRANCHE HUBBARD, LLC
        1652 Downing Street
        Denver, CO 80218
        Phone:  720.689.8909
        Email:   hubbard@slhlegal.com

        *Attorney for Darion Ray Sexton*

## Certificate of Service

      I certify that on April 19, 2023, I electronically filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Bryan D. Fields
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
Bryan.fields2@usdoj.gov

                                              *s/ Brenda Rodriguez*
                                              Brenda Rodriguez