IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| Criminal Action: 23-cr-00118-NYW | Date: May 4, 2023 |
|---|---|
| Courtroom Deputy: Emily Buchanan | Court Reporter: Janet Coppock |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
| Plaintiff, | |
| v. | |
| 1. DARION RAY SEXTON, | Jamie Hubbard |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**11:05 a.m.     Court in session.**

Appearances of counsel.  Defendant present in custody.

The Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant sworn.

Court notes that the docket reflects that Defendant has not yet entered a plea in this case.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant waives his right to formal reading of the charges against him and further advisement of his constitutional rights.

Defendant enters plea of guilty to Count 1 of the Information.

Court states its findings of fact and conclusions of law.

**ORDERED:**   **Court Exhibits 1 and 2 are admitted.**

**ORDERED:**   **Defendant's plea of guilty is accepted.**

**ORDERED:**   **The Court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.**

**ORDERED:**   **The Probation Department shall conduct a presentence investigation and file a presentence report.**

**ORDERED:**   **Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.**

**ORDERED:**   **Sentencing is set for July 21, 2023 at 2:00 p.m. in Courtroom A502 before Judge Nina Y. Wang.  All dates other than the Sentencing date are vacated.**

**ORDERED:**   **Counsel shall file any sentencing positions or any other motions that pertain to sentencing at least 14 days before the Sentencing date.  Any responses or objections to such filings must be filed no later than 7 days before the Sentencing date.**

**ORDERED:**   **Defendant is remanded to the custody of the U.S. Marshal.**

**11:33 a.m.**   **Court in recess.**

Hearing concluded.
Total time in court:   0:28